☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re: **Sade Howard**　　　　　　　　　　　　　　　Case No. **19-27113**

Debtors:　　　　　　　　　　　　　　　　　　　　Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:** (1) **3865 Warrington Cove**
**Memphis, TN 38118**　　　　　　(2)

**PLAN PAYMENT:**
**Debtor(1)** shall pay $ **110.00**　☐ weekly, ☑ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☑ PAYROLL DEDUCTION From: **G4S Secure Solutions Jupiter, FL 33458**　OR ( ) DIRECT PAY

**Debtor(2)** shall pay $　☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☐ PAYROLL DEDUCTION From:　　　　　　　　　　　　OR ( ) DIRECT PAY

**1. THIS PLAN [Rule 3015.1 Notice]:**

　(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]　☐ YES　☑ NO
　(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION　☑ YES　☐ NO
　　　OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
　(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].　☐ YES　☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☑ Included in Plan; OR ☐ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**　　　　　　　　　　　　　　　　　　　　　Monthly Plan Payment:

**None**　　Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
　　　　　ongoing payment begins　　　　　　　　　　　　　　　$
　　　　　Approximate arrearage:

**5. PRIORITY CLAIMS:**

**-NONE-**　　　　　　　　　　　　　Amount　　　　　　　　　　　$

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☐ Paid by Trustee to:

**None**　　ongoing payment begins　　　　　　　　　　　　　　$
　　　　　Approximate arrearage:　　　　　Interest　　　　　　　$

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]　　Value of Collateral:　　Rate of Interest　　Monthly Plan Payment:

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Kay Jewelers** | **500.00** | **5.25** | $**12.00** |
| **Santander Consumer USA** | **6,500.00** | **5.25** | $**125.00** |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                              Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| -NONE- |  |  | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None          ☐  Not provided for  **OR**  ☐  General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $33,876.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐  _____ %, OR,
☑  **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

                                          ☐  Assumes  **OR**  ☐  Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Thomas R. Branch (BPR                                    Date  September 13, 2019                .
Thomas R. Branch (BPR 20658)
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)